UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>                Petitioner,<br><br>      v.<br><br>M. POLLARD, Warden,<br><br>                Respondent(s). | Case No. 5:21-cv-87-VAP (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      **IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated: August 10, 2021

                                                  HONORABLE VIRGINIA A. PHILLIPS
                                                 United States District Judge