JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | Case No. 5:21-cv-87-VAP (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| M. POLLARD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: August 10, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge